# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:09-CV-0717** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **LEO C. BINDER and TIFFANY L. BINDER,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 29th day of June, 2009, upon consideration of plaintiff's motion (Doc. 5) for default judgment and request (Doc. 4) for entry of default, wherein plaintiff asserts that "[d]efendants failed to plead or otherwise defend as required within twenty (20) days from receipt of service," (Doc. 5), and it appearing that defendants were served with the complaint and summons on May 16, 2009, (see id. at Ex. A), and that defendants filed an answer to the complaint on June 22, 2009, (see Doc. 8), it is hereby ORDERED that plaintiff's motion (Doc. 5) for default judgment and request (Doc. 4) for entry of default is DENIED. The court shall CONSTRUE defendants' answer as timely filed.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge